■ LILLIAN KAMENOV, Respondent, v NORTHERN ASSURANCE COMPANY OF AMERICA, Appellant. (Appeal No. 2.) [688 NYS2d 456] —Appeal unanimously dismissed without costs (*see, Soto v Montanez*, 201 AD2d 876). (Appeal from Verdict of Supreme Court, Erie County, Whelan, J.—Contract.) Present—Green, J. P., Pine, Wisner, Pigott, Jr., and Balio, JJ.